# United States Bankruptcy Court
## Middle District of North Carolina

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Community Independent School, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1823291** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2089 Lamont Norwood Rd.**<br>**Pittsboro, NC**<br>ZIP Code **27312** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chatham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Community Independent School, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>  Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Community Independent School, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Stephanie Osborne-Rodgers** _____
Signature of Attorney for Debtor(s)

**Stephanie Osborne-Rodgers 29374**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**July 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Darren Hunicutt** _____
Signature of Authorized Individual

**Darren Hunicutt**
Printed Name of Authorized Individual

**Chairman of Board of Directors**
Title of Authorized Individual

**July 27, 2011**
Date

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Community Independent School, Inc.**      Case No. _____

                                                 Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,100,000.00 | | |
| B - Personal Property | Yes | 3 | 15,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 678,500.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 21 | | 88,553.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 12,396.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 1,115,000.00 | | |
| | | Total Liabilities | | 779,450.15 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Community Independent School, Inc.**                    ,        Case No. _____

                                     Debtor

Chapter                  **7**          

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

In re    **Community Independent School, Inc.**           ,      Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9.137 acres located at 2089 Lamont Norwood Rd., Pittsboro, NC**<br>**Land has 3 permanent buildings and an outbuilding** | **Fee simple** | - | 1,100,000.00 | 678,500.00 |

|  | Sub-Total > | **1,100,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,100,000.00** |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re   **Community Independent School, Inc.**                ,      Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T** | - | 600.00 |
| | | **Wells Fargo Advisors** | - | 1,356.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Educational books and related media** | - | Unknown |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Playground equipment and related sports equipment** | - | Unknown |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **1,956.00** |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re    **Community Independent School, Inc.**              ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Tuition and other funds** | - | 13,044.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **13,044.00**

(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Community Independent School, Inc.**          ,     Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Educational materials and classroom furniture** | **-** | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Printer, computers, ipods, microwave, refrigerator, kitchen equipment** | **-** | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **15,000.00** |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re **Community Independent School, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deed of Trust | | | | | |
| **BB&T** **Bankruptcy Section** **PO Box 1847** **Wilson, NC 27894-1847** | | - | | **9.137 acres located at 2089 Lamont Norwood Rd., Pittsboro, NC** **Land has 3 permanent buildings and an outbuilding** | | | | | |
| | | | | Value $                1,100,000.00 | | | | 500,000.00 | 0.00 |
| Account No. | | | | Deed of Trust | | | | | |
| **Roberson Street Partners** **9221 Bracken Lane** **Chapel Hill, NC 27516** | | - | | **9.137 acres located at 2089 Lamont Norwood Rd., Pittsboro, NC** **Land has 3 permanent buildings and an outbuilding** | | | | | |
| | | | | Value $                1,100,000.00 | | | | 178,500.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | 678,500.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 678,500.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

.

In re    **Community Independent School, Inc.**                ,    Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                               **20**    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re __Community Independent School, Inc.__ ,      Case No. _____

                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Angela Sharpe 703-A Gomains Ave Chapel Hill, NC 27516 | | - | | | | | 687.04 | 0.00 | 687.04 |
| Account No. | | | Wages | | | | | | |
| Bennett Waugh 2091 Lamont Norwood Rd. Pittsboro, NC 27312 | | - | | | | | 1,619.67 | 0.00 | 1,619.67 |
| Account No. | | | Wages | | | | | | |
| Camille Barden 174 Blue Heron Farm Rd Pittsboro, NC 27312 | | - | | | | | 916.67 | 0.00 | 916.67 |
| Account No. | | | Wages | | | | | | |
| Celia Benton 120 Temple Ln., Durham, NC 27713 | | - | | | | | 1,560.00 | 0.00 | 1,560.00 |
| Account No. | | | Wages | | | | | | |
| Charlie Butchart 1210 Anderson St. Durham, NC 27705 | | - | | | | | 3,382.29 | 0.00 | 3,382.29 |

Sheet __1__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 8,165.67 | 8,165.67 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re **Community Independent School, Inc.** _____, Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| **Emily Kinder 140 BPW CLUB RD APT B1 Carrboro, NC 27510** | - | | | | | | | 1,512.67 | 0.00 | 1,512.67 |
| Account No. | | | | Wages | | | | | | |
| **James McCusker 901 W MAIN ST APT A Carrboro, NC 27510** | - | | | | | | | 916.67 | 0.00 | 916.67 |
| Account No. | | | | Wages | | | | | | |
| **Jennifer Heartaway 7 Blue Heron Farm Rd Pittsboro, NC 27312** | - | | | | | | | 1,068.91 | 0.00 | 1,068.91 |
| Account No. | | | | Wages | | | | | | |
| **Leigh Hall 169 Hillcrest Dr. Pittsboro, NC 27312** | - | | | | | | | 1,560.00 | 0.00 | 1,560.00 |
| Account No. | | | | Wages | | | | | | |
| **Mark Dragon 2253 Fire Tower Rd Snow Camp, NC 27349** | - | | | | | | | 1,591.25 | 0.00 | 1,591.25 |

Sheet __2__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 0.00 | |
| (Total of this page) | 6,649.50 | | 6,649.50 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re __Community Independent School, Inc._____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. | | Wages | | | | | | | | |
| Monica Marszalek 102 SHADOW RIDGE PL Chapel Hill, NC 27516 | - | | | | | | | 1,750.42 | 0.00 | 1,750.42 |
| Account No. | | Wages | | | | | | | | |
| Rebecca Horniman 118 MARIN DR Chapel Hill, NC 27516 | - | | | | | | | 1,895.84 | 0.00 | 1,895.84 |
| Account No. | | Wages | | | | | | | | |
| Rebecca Newell 126 WINDSOR PL Chapel Hill, NC 27516 | - | | | | | | | 246.33 | 0.00 | 246.33 |
| Account No. | | Wages | | | | | | | | |
| Rebecca Salomon 29 Williams Pond Rd. Pittsboro, NC 27312 | - | | | | | | | 582.00 | 0.00 | 582.00 |
| Account No. | | Wages | | | | | | | | |
| Sara Carrington 105 Fidelity St. A-36 Carrboro, NC 27510 | - | | | | | | | 1,061.42 | 0.00 | 1,061.42 |

Sheet __3__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |  |
|---|---|---|
| 5,536.01 | | 5,536.01 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re     **Community Independent School, Inc.**            ,     Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.    **Stephen Ahouse** P.O. Box 643 Trumansburg, NY 14886 | - | | **Wages** | | | | 1,360.00 | 0.00 | 1,360.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **4** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | | |
|---|---|---|
| | 1,360.00 | 0.00 |
| | | 1,360.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re  **Community Independent School, Inc.**                          Case No. _____

                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alan Weakley** <br> **311 Boothe Hill Rd.** <br> **Chapel Hill, NC 27517** | - | | Deposit for 2011 Summer Camp | | | | <br><br><br> 1,430.00 | 0.00 <br><br><br> 1,430.00 |
| Account No. <br><br> **Alicia and Gregory Hubbard** <br> **263 Clover Thatch** <br> **Pittsboro, NC 27312** | - | | Deposit for 2011 Summer Camp | | | | <br><br><br> 460.00 | 0.00 <br><br><br> 460.00 |
| Account No. <br><br> **Amy and Tom Magrinat** <br> **35 West Newman Rd.** <br> **Chapel Hill, NC 27517** | - | | Tuititon deposit for 2011-12 school year | | | | <br><br><br> 1,800.00 | 0.00 <br><br><br> 1,800.00 |
| Account No. <br><br> **Andrew and Deborah Shoaf** <br> **296  Webster Rd.** <br> **Pittsboro, NC 27312** | - | | Deposit for 2011 Summer Camp | | | | <br><br><br> 970.00 | 0.00 <br><br><br> 970.00 |
| Account No. <br><br> **Angela & Scott Riccio** <br> **711 Oak Crest Dr.** <br> **Chapel Hill, NC 27516** | - | | Tuition deposit for 2011-12 school year | | | | <br><br><br> 500.00 | 0.00 <br><br><br> 500.00 |

Sheet __5__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)        5,160.00        0.00 <br> 5,160.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re    **Community Independent School, Inc.**         ,     Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Beth & Brice Spinarski <br> 9221 Bracken Ln. <br> Chapel Hill, NC 27516 | - | | Deposit for 2011 Summer Camp <br><br><br> 200.00 | | | | | 0.00 | 200.00 |
| Account No. <br><br> Beth & Brice Spinarski <br> 9221 Bracken Ln. <br> Chapel Hill, NC 27516 | - | | Tuition deposit for 2011-12 school year <br><br><br> 500.00 | | | | | 0.00 | 500.00 |
| Account No. <br><br> Beth & Jeffrey Dodd <br> 506 Highland Trail <br> Chapel Hill, NC 27516 | - | | Tuition deposit for 2011-12 school year <br><br><br> 500.00 | | | | | 0.00 | 500.00 |
| Account No. <br><br> Bob & Cara Callanan <br> 404 Highgrove Dr. <br> Chapel Hill, NC 27516 | - | | Tuition deposit for 2011-12 school year <br><br><br> 500.00 | | | | | 0.00 | 500.00 |
| Account No. <br><br> Bryan Krehnbrink <br> 116 Creeksedge <br> Chapel Hill, NC 27516 | - | | Deposit for 2011 Summer Camp <br><br><br> 225.00 | | | | | 0.00 | 225.00 |

Sheet __6__ of __20__ continuation sheets attached to                  Subtotal    | 0.00

Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)    1,925.00 | 1,925.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re   **Community Independent School, Inc.**                         Case No. _____
                                                      ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> **Casey Hayes** <br> **2300 Ivey Rd.** <br> **Chapel Hill, NC 27516** | - | | | **Deposit for 2011/2012 tuition** | | | | 7,857.00 | 5,257.00 <br><br> 2,600.00 |
| Account No. <br><br> **Charles Schmitt and Karamarie Fecho** <br> **103 Wolfs Trail** <br> **Chapel Hill, NC 27516** | - | | | **Deposit for 2011 Summer Camp- Kieran Schmitt** | | | | 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. <br><br> **Charles Schmitt and Karamarie Fecho** <br> **103 Wolfs Trail** <br> **Chapel Hill, NC 27516** | - | | | **Deposit for 2011 Summer Camp- Patrick Schmitt** | | | | 800.00 | 0.00 <br><br> 800.00 |
| Account No. <br><br> **Charles Schmitt and Karamarie Fecho** <br> **103 Wolfs Trail** <br> **Chapel Hill, NC 27516** | - | | | **Deposit for 2011 Summer Camp- Riley Schmitt** | | | | 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. <br><br> **Charles Schmitt and Karamarie Fecho** <br> **103 Wolfs Trail** <br> **Chapel Hill, NC 27516** | - | | | **Tuition deposit for 2011-12 school year** | | | | 1,000.00 | 0.00 <br><br> 1,000.00 |

Sheet  **7**  of  **20**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 5,257.00 |
|---|---|---|
| | (Total of this page) | 11,657.00 | 6,400.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Community Independent School, Inc.** ,     Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. | | Tuition deposit for 2011-12 school year | | | | | |
| Dan & Danielle Carr 243 Bingham Ridge Dr. Pittsboro, NC 27312 | - | | | | | 1,300.00 | 0.00 — 1,300.00 |
| Account No. | | Deposit for 2011 summer camp | | | | | |
| Dan Coleman and Paula Michaels 106 Hanford Rd. Chapel Hill, NC 27516 | - | | | | | 595.00 | 0.00 — 595.00 |
| Account No. | | Deposit for 2011 Summer Camp | | | | | |
| Deb & Lido Reisinger 2108 Pathway Dr. Chapel Hill, NC 27516 | - | | | | | 230.00 | 0.00 — 230.00 |
| Account No. | | Deposit for 2011 summer camp | | | | | |
| Donna & Matthew Maciejewski 412 Whitehead Cir. Chapel Hill, NC 27514 | - | | | | | 460.00 | 0.00 — 460.00 |
| Account No. | | Tuition deposit for 2011-12 school year | | | | | |
| Eva & Britt Keele 134 Hudson Hills Rd. Pittsboro, NC 27312 | - | | | | | 500.00 | 0.00 — 500.00 |

Sheet __8__ of __20__ continuation sheets attached to      Subtotal      0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    3,085.00      3,085.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re  **Community Independent School, Inc.**
_____,  Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  | | Deposit for 2011 Summer Camp | | | | | | |
| Evanthia & Josua Canoutas-Nadel 224 Severin St. Chapel Hill, NC 27516 | | - | | | | | 400.00 | 0.00 | 400.00 |
| Account No. | | | Deposit for 2011 summer camp | | | | | | |
| Hannah Shumaker & Tony Mayer 3327 Woody Store Rd. Siler City, NC 27344 | | - | | | | | 510.00 | 0.00 | 510.00 |
| Account No. | | | Tuition deposit for 2011-12 school year | | | | | | |
| Heather & Eric Miller 203 Boulder Bluff Trail Chapel Hill, NC 27516 | | - | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Tuition deposit for 2011-12 school year | | | | | | |
| Heather & Jason Ross 118 Riverbirch Dr. Pittsboro, NC 27312 | | - | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Tuition deposit for 2011-12 school year | | | | | | |
| Heather & Tom LaGarde 3809 E. Greensboro-Chapel Hill Rd. Snow Camp, NC 27349 | | - | | | | | 500.00 | 0.00 | 500.00 |

Sheet __9__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)      0.00
2,410.00      2,410.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Community Independent School, Inc.__ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Tuition deposit for 2011-12 school year | | | | | | |
| Holly Coldiron & Grant Kornberg 123 Clark Rd. Snow Camp, NC 27349 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 500.00 | | 500.00 |
| Account No. | | | | | Deposit for 2011 summer camp | | | | | | |
| Holly Coldiron & Grant Kornberg 123 Clark Rd. Snow Camp, NC 27349 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 535.00 | | 535.00 |
| Account No. | | | | | Deposit for 2011 Summer Camp | | | | | | |
| Jennifer & Tim Richards 252 Bingham Ridge Dr. Pittsboro, NC 27312 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 1,000.00 | | 1,000.00 |
| Account No. | | | | | Deposit for 2011 Summer Camp | | | | | | |
| Jessica Katznelson 424 Whitehead Cir. Chapel Hill, NC 27514 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 1,200.00 | | 1,200.00 |
| Account No. | | | | | Tuition deposit for 2011-12 school year | | | | | | |
| Judy Panitch & Andy Hart 123 Ivy Brook Ln. Chapel Hill, NC 27516 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 500.00 | | 500.00 |

Sheet __10__ of __20__ continuation sheets attached to  Subtotal  0.00
Schedule of Creditors Holding Unsecured Priority Claims  (Total of this page)  3,735.00  3,735.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **Community Independent School, Inc.**                     Case No. _____
                                        ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Deposit for 2011 summer camp | | | | | |
| Judy Panitch & Andy Hart 123 Ivy Brook Ln. Chapel Hill, NC 27516 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,660.00 | 1,660.00 |
| Account No. | | | | Deposit for 2011 summer camp | | | | | |
| Karen and David Jessee 532 Seaforth Rd. Pittsboro, NC 27312 | - | | | | | | | | 0.00 |
| | | | | | | | | 815.00 | 815.00 |
| Account No. | | | | Deposit for tuitition for 2011/2012 school year | | | | | |
| Karen and David Jessee 532 Seaforth Rd. Pittsboro, NC 27312 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | | Tuition deposit for 2011-12 school year | | | | | |
| Karl Owen 1502 Arboretum Dr. Chapel Hill, NC 27517 | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | Tuition deposit for 2011-12 school year | | | | | |
| Kathryn & Christopher Beckerdite 210 Emily Ln. Chapel Hill, NC 27516 | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |

Sheet  **11**  of  **20**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,475.00 | 4,475.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Community Independent School, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | |
| Account No. | | Tuition deposit for 2011-12 school year | | | | | | | 0.00 |
| Katie & Jonathan Shectman 16 Mossy Lane Pittsboro, NC 27312 | - | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | Tuition deposit for 2011-12 school year | | | | | | | 0.00 |
| Keith & Cheryl Babo 292 Valley Meadow Dr. Chapel Hill, NC 27516 | - | | | | | | | 500.00 | 500.00 |
| Account No. | | Deposit for 2011 summer camp | | | | | | | 0.00 |
| Keith & Cheryl Babo 292 Valley Meadow Dr. Chapel Hill, NC 27516 | - | | | | | | | 1,840.00 | 1,840.00 |
| Account No. | | Deposit for 2011 Summer Camp | | | | | | | 0.00 |
| Kelley Gregory 222 Old Fayetteville Rd. Carrboro, NC 27510 | - | | | | | | | 1,610.00 | 1,610.00 |
| Account No. | | Deposit for 2011 summer camp | | | | | | | 0.00 |
| Kristen Bair 940 Sandfors Rd. Pittsboro, NC 27312 | - | | | | | | | 200.00 | 200.00 |

Sheet __12__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,150.00 | 5,150.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Community Independent School, Inc.** _____ ,   Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>Laura & James O'Keefe<br>650 Abeyance Dr.<br>Moncure, NC 27559 | - | | | Deposit for 2011 Summer Camp | | | | | 0.00 |
| | | | | | | | | 200.00 | 200.00 |
| Account No.<br><br>Lauren & Rob Munach<br>321 Wrights Way<br>Pittsboro, NC 27312 | - | | | Tuition deposit for 2011-12 school year | | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No.<br><br>Leigh Hall and Michael Smith<br>169 Hillcrest Dr.<br>Pittsboro, NC 27312 | - | | | Deposit for 2011 Summer Camp | | | | | 0.00 |
| | | | | | | | | 600.00 | 600.00 |
| Account No.<br><br>Leigh Hall and Michael Smith<br>169 Hillcrest Dr.<br>Pittsboro, NC 27312 | - | | | Tuition deposit for 2011-12 school year | | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No.<br><br>Lori Tyler<br>102 Fallen Log<br>Chapel Hill, NC 27516 | - | | | Deposit for 2011 Summer Camp | | | | | 0.00 |
| | | | | | | | | 200.00 | 200.00 |

Sheet __13__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,000.00 | 3,000.00 |

In re **Community Independent School, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>Lorin & Patrick Crowley<br>97 Fearington Post<br>Pittsboro, NC 27312 | - | | | Deposit for 2011 Summer Camp | | | | 1,000.00 | 0.00<br><br>1,000.00 | |
| Account No.<br><br>Lorrie & Christian Fisher<br>PO Box 755<br>Pittsboro, NC 27312 | - | | | Tuition deposit for 2011-12 school year | | | | 500.00 | 0.00<br><br>500.00 | |
| Account No.<br><br>Lorrie & Christian Fisher<br>PO Box 755<br>Pittsboro, NC 27312 | - | | | Deposit for 2011 summer camp | | | | 1,610.00 | 0.00<br><br>1,610.00 | |
| Account No.<br><br>Lynn & David Kaminski<br>211 Wild Oak Lane<br>Carrboro, NC 27510 | - | | | Deposit for 2011 Summer Camp | | | | 200.00 | 0.00<br><br>200.00 | |
| Account No.<br><br>Lynn Rodgers & Peter Schwartz<br>201 Polks Landing Rd.<br>Chapel Hill, NC 27516 | - | | | Tuition deposit for 2011-12 school year | | | | 1,300.00 | 0.00<br><br>1,300.00 | |

Sheet __14__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,610.00 | 4,610.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Community Independent School, Inc.__ ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Tuition deposit for 2011-12 school year | | | | | | |
| Malinda Rathbone 241 East Cornwall Rd. Cary, NC 27511 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Tuition deposit for 2011-12 school year | | | | | | |
| Mary & Chuck Crews 333 Wesley Dr. Chapel Hill, NC 27516 | - | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | Tuition deposit for 2011-12 school year | | | | | | |
| Matthew & Shelby Pohlman 104 Colburn Point Chapel Hill, NC 27516 | - | | | | | | | 1,300.00 | 0.00 | 1,300.00 |
| Account No. | | | | Deposit for 2011 summer camp | | | | | | |
| Matthew and Carrie McMichaels 109 Springhill Forest Pl. Chapel Hill, NC 27516 | - | | | | | | | 800.00 | 0.00 | 800.00 |
| Account No. | | | | Deposit for 2011 Summer Camp | | | | | | |
| Maureen & Hamidow Sissoko 94 Olde Farm Rd. Pittsboro, NC 27312 | - | | | | | | | 200.00 | 0.00 | 200.00 |

Sheet __15__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,800.00 | 3,800.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Community Independent School, Inc.**                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Meike & Michael Cyr** 8918 Coachway Chapel Hill, NC 27516 | - | | Tuition deposit for 2011-12 school year | | | | 500.00 | 0.00 / 500.00 |
| Account No. **Melissa Frey** 104 Hawk Nest Trail Pittsboro, NC 27312 | - | | Tuition deposit for 2011-12 school year | | | | 500.00 | 0.00 / 500.00 |
| Account No. **Noel & Eric Schwartz** 345 Pickett Lane Pittsboro, NC 27312 | - | | Tuition deposit for 2011-12 school year | | | | 1,300.00 | 0.00 / 1,300.00 |
| Account No. **Paige Greene & Geoffrey Neal** 84 Fearrington Post Pittsboro, NC 27312 | - | | Tuition deposit for 2011-12 school year | | | | 500.00 | 0.00 / 500.00 |
| Account No. **Paige Greene & Geoffrey Neal** 84 Fearrington Post Pittsboro, NC 27312 | - | | Deposit for 2011 summer camp | | | | 765.00 | 0.00 / 765.00 |

Sheet __16__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 3,565.00 / 3,565.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Community Independent School, Inc._____ ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. |  |  |  | Deposit for 2011 Summer Camp |  |  |  |  |  |
| Phillip & Lene Kiester 202 Bowden Rd. Chapel Hill, NC 27516 |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 230.00 | 230.00 |
| Account No. |  |  |  | Tuition deposit for 2011-12 school year |  |  |  |  |  |
| Rebecca Vidra & Aaron Moody 7007 Lassens Trail Chapel Hill, NC 27516 |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 500.00 | 500.00 |
| Account No. |  |  |  | Deposit for 2011 summer camp |  |  |  |  |  |
| Rhonda & Brian Snortheim 128 Jamestown Rd. Pittsboro, NC 27312 |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 510.00 | 510.00 |
| Account No. |  |  |  | Tuition deposit for 2011-12 school year |  |  |  |  |  |
| Rian Larkin & Michael Schmedlen 525 Meadow Run Chapel Hill, NC 27517 |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 1,800.00 | 1,800.00 |
| Account No. |  |  |  | Tuition deposit for 2011-12 school year |  |  |  |  |  |
| Rick & Amy Ramirez 1722 Wildcat Lane Chapel Hill, NC 27516 |  | - |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 500.00 | 500.00 |

Sheet __17__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | 0.00 |
|---|---|
| 3,540.00 | 3,540.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Community Independent School, Inc.**                      Case No. _____
_____,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Sabine and Raoul Farer 180 Westside Dr. Chapel Hill, NC 27516 | | - | Deposit for 2011 Summer Camp | | | | 1,200.00 | 0.00 / 1,200.00 |
| Account No. Sandi Kronick & Eric Cohen 106 Granite Ridge Rd. Chapel Hill, NC 27516 | | - | Tuition deposit for 2011-12 school year | | | | 500.00 | 0.00 / 500.00 |
| Account No. Shay & Darren Hunicutt 105 Holly Ridge Rd. Chapel Hill, NC 27516 | | - | Tuition deposit for 2011-12 school year | | | | 1,000.00 | 0.00 / 1,000.00 |
| Account No. Susan & William Simpson 306 Azalea Dr. Chapel Hill, NC 27517 | | - | Deposit for 2011 summer camp | | | | 510.00 | 0.00 / 510.00 |
| Account No. Thomas & Kimberly Cannon 573 Millbrook Dr. Pittsboro, NC 27312 | | - | Deposit for 2011 Summer Camp-Bennett Cannon | | | | 1,610.00 | 0.00 / 1,610.00 |

Sheet __18__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,820.00 | 4,820.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re     **Community Independent School, Inc.**                ,     Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Thomas & Kimberly Cannon <br> 573 Millbrook Dr. <br> Pittsboro, NC 27312 | | - | Deposit for 2011 Summer Camp-Madeline Cannon | | | | 1,610.00 | 0.00 <br><br> 1,610.00 |
| Account No. <br><br> Thomas & Kimberly Cannon <br> 573 Millbrook Dr. <br> Pittsboro, NC 27312 | | - | Tuition deposit for 2011-12 school year | | | | 2,600.00 | 0.00 <br><br> 2,600.00 |
| Account No. <br><br> Todd & Laura Scheid <br> 130 Lamont Norwood <br> Pittsboro, NC 27312 | | - | Deposit for 2011 summer camp | | | | 400.00 | 0.00 <br><br> 400.00 |
| Account No. <br><br> Tony Mayer and Hannah Barnum <br> 174 Blue Heron Farm Rd. <br> Chapel Hill, NC 27516 | | - | Tuition deposit for 2011-12 school year | | | | 1,300.00 | 0.00 <br><br> 1,300.00 |
| Account No. <br><br><br><br> | | | | | | | | |
| Sheet __19__ of __20__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 5,910.00 | 0.00 <br><br> 5,910.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Community Independent School, Inc.**               ,    Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chatham County Tax Collector** <br> **PO Box 697** <br> **Pittsboro, NC 27312** | - | | For Notice Purposes Only | | | | <br><br> 0.00 | 0.00 | |
| Account No. <br><br> **Employment Security Commission** <br> **700 Wade Avenue** <br> **P.O. Box 26504** <br> **Raleigh, NC 27611** | - | | For Notice Purposes Only | | | | <br><br> 0.00 | 0.00 | |
| Account No. <br><br> **Internal Revenue Service** <br> **Special Procedures** <br> **320 Federal Place, Room 312** <br> **Greensboro, NC 27401** | - | | For Notice Purposes Only | | | | <br><br> 0.00 | 0.00 | |
| Account No. <br><br> **NC Department of Revenue** <br> **501 N Wilmington Street** <br> **P.O. Box 25000** <br> **Raleigh, NC 27640-5000** | - | | For Notice Purposes Only | | | | <br><br> 0.00 | 0.00 | |
| Account No. <br><br><br><br> | | | | | | | | | |

Sheet __20__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | 0.00 | 0.00 <br> 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 88,553.18 | 5,257.00 <br> 83,296.18 |

In re    **Community Independent School, Inc.**    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** <br><br> **AdvancED** <br> **2520 Northinds Pkwy** <br> **Ste. 600** <br> **Alpharetta, GA 30009** | | - | | | | | | | 625.00 |
| **Account No.** <br><br> **Aqwa** <br> **2604 Willis Ct.** <br> **Wilson, NC 27896** | | - | | | | | | | 872.50 |
| **Account No. -7431** <br><br> **BB&T** <br> **Bankruptcy Section** <br> **PO Box 1847** <br> **Wilson, NC 27894-1847** | | - | | | Credit Card | | | | 2,708.20 |
| **Account No.** <br><br> **Birch Communications** <br> **Dept. AT 952855** <br> **Atlanta, GA 31192-2855** | | - | | | | | | | 309.19 |
| | | | | | Subtotal <br> (Total of this page) | | | | 4,514.89 |

  **4**  continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:20666-110629    Best Case Bankruptcy

In re __Community Independent School, Inc._____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Carrboro Citizen PO Box 248 Carrboro, NC 27510 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Chatham Wireless LLC PO Box 1885 Pittsboro, NC 27312 | - | | | | | | 114.95 |
| Account No. | | | | | | | |
| Clearwater Solutions 2848 Ladale Ln. Mebane, NC 27302 | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| CTB- McGraw Hill PO Box 2258 Carol Stream, IL 60132 | - | | | | | | 414.15 |
| Account No. | | | | | | | |
| Hartford PO Box 2907 Hartford, CT 06104 | - | | | | | | 474.00 |

Sheet no. __1___ of __4___ sheets attached to Schedule of       Subtotal        1,343.10
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re     **Community Independent School, Inc.** _____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Herald Sun - NIE** **Attn: Bonnie McKnight** **P.O. Box 2092** **Durham, NC 27702** | - | | | | | | | 260.68 |
| Account No. | | | | | | | | |
| **Karen and David Jessee** **532 Seaforth Rd.** **Pittsboro, NC 27312** | - | | | | | | | 68.75 |
| Account No. | | | | | | | | |
| **M&M Services** **8918 Coach Way** **Chapel Hill, NC 27516** | - | | | | | | | 1,013.00 |
| Account No. | | | | | | | | |
| **Paychex, Inc.** **4015 Meeting Way, Suite 101** **High Point, NC 27265** | - | | | | | | | 150.00 |
| Account No. | | | | | | | | |
| **Progress Energy Carolinas, Inc.** **Raleigh, NC 27698** | - | | | | | | | 541.31 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,033.74**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re  **Community Independent School, Inc.** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Saffelle, Inc. PO Box 1499 Hillsborough, NC 27278 | - | | | | | | | 119.71 |
| Account No. | | | | | | | | |
| SAIS PO Box 369 Alpharetta, GA 30009 | | | | | | | | 1,061.00 |
| Account No. | | | | | | | | |
| Sarah Cornette 468 Deer Path Chapel Hill, NC 27516 | - | | | | | | | 48.77 |
| Account No. | | | | | | | | |
| Snipes HVAC 160 Birnamwood Dr. Chapel Hill, NC 27516 | - | | | | | | | 125.00 |
| Account No. | | | | Copier Lease | | | | |
| Systel Bus. Equipment Co., Inc. PO Box 41601 Philadelphia, PA 19101-1601 | - | | | | | | | Unknown |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,354.48

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Community Independent School, Inc.**     ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Town & Country Ace Hardware**<br>**157 Chatham Downs Drive**<br>**Chapel Hill, NC 27517** | - | | | | | | | 100.29 |
| Account No.<br><br>**US Bancorp**<br>**1310 Madrid St. Ste. 101**<br>**Marshall, MN 56258** | - | | | | | | | 119.73 |
| Account No.<br><br>**Vanguard Modular Buiding Systems**<br>**PO Box 827527**<br>**Philadelphia, PA 19182** | - | | | | | | | 1,384.55 |
| Account No.<br><br>**Vanguard Modular Buiding Systems**<br>**PO Box 827527**<br>**Philadelphia, PA 19182** | - | | | | | | | 1,397.52 |
| Account No.<br><br>**Waste Industries**<br>**PO Box 580495**<br>**Charlotte, NC 28258-0495** | - | | | | | | | 148.67 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 3,150.76 |
| Total<br>(Report on Summary of Schedules) | | 12,396.97 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re     **Community Independent School, Inc.**       ,     Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Systel Bus. Equipment Co., Inc.**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** | **Acct#**<br>**Copier Lease** |
| **Vanguard Modular Buiding Systems**<br>**PO Box 827527**<br>**Philadelphia, PA 19182** | **Acct# 32792** |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Community Independent School, Inc.**       ,    Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**  ____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Community Independent School, Inc.             Case No. _____

                                     Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chairman of Board of Directors of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___35___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 27, 2011 _____       Signature    /s/ Darren Hunicutt _____

                                                      Darren Hunicutt
                                                      Chairman of Board of Directors

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Community Independent School, Inc.                           Case No. _____

                                       Debtor(s)           Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                     SOURCE

---

#### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                     SOURCE

---

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Northen Blue, LLP 1414 Highway 54, Suite 435 P.O. Box 2208 Chapel Hill, NC 27515-2208 | June 21, 2011 | $2500.00 |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Mig Sistram, CPA<br>2216 Whitley Dr.<br>Durham, NC 27707 | June 2008- June 2011 |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Thomas, Knight, Trent, King & Co. | 3400 Croasdaile Dr. Ste. 301<br>Durham, NC 27707 | August 2010- February 2011 |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BB&T<br>Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894-1847 | May 2010 |

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    July 27, 2011                  Signature    /s/ Darren Hunicutt

                                                         Darren Hunicutt

                                                         Chairman of Board of Directors

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Community Independent School, Inc.                          Case No.
_____               _____
                                    Debtor(s)          Chapter        7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ..................................................   $            2,500.00

     Prior to the filing of this statement I have received ......................................   $            2,500.00

     Balance Due ........................................................................................   $                0.00

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
             Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   July 27, 2011                                    /s/ Stephanie Osborne-Rodgers
_____                          _____
                                                         Stephanie Osborne-Rodgers 29374
                                                         Northen Blue, L.L.P.
                                                         1414 Raleigh Road, Suite 435
                                                         P.O. Box 2208
                                                         Chapel Hill, NC 27515-2208
                                                         (919) 968-4441

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Community Independent School, Inc.**

Debtor

Case No. _____

Chapter    **7**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 27, 2011**          Signature  **/s/ Darren Hunicutt**

                                             **Darren Hunicutt**

                                           **Chairman of Board of Directors**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders.

Case 11-81195   Doc 1   Filed 07/27/11   Page 49 of 63

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Community Independent School, Inc.        Case No. _____

                                      Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 27, 2011                      /s/ Darren Hunicutt

                                               Darren Hunicutt/Chairman of Board of Directors
                                               Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Special Procedures
2303 Meadowview Road
Mail Stop #9
Greensboro, NC 27407


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


AdvancED
2520 Northinds Pkwy
Ste. 600
Alpharetta, GA 30009


Alan Weakley
311 Boothe Hill Rd.
Chapel Hill, NC 27517


Alicia and Gregory Hubbard
263 Clover Thatch
Pittsboro, NC 27312


Amy and Tom Magrinat
35 West Newman Rd.
Chapel Hill, NC 27517


Amy Britt
Cheshire,Parker,Schneider,Bryan & Vitale
PO Box 1029
Raleigh, NC 27602


Andrew and Deborah Shoaf
296 Webster Rd.
Pittsboro, NC 27312


Angela & Scott Riccio
711 Oak Crest Dr.
Chapel Hill, NC 27516

Angela Sharpe
703-A Gomains Ave
Chapel Hill, NC 27516


Aqwa
2604 Willis Ct.
Wilson, NC 27896


BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847


BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847


Bennett Waugh
2091 Lamont Norwood Rd.
Pittsboro, NC 27312


Beth & Brice Spinarski
9221 Bracken Ln.
Chapel Hill, NC 27516


Beth & Brice Spinarski
9221 Bracken Ln.
Chapel Hill, NC 27516


Beth & Jeffrey Dodd
506 Highland Trail
Chapel Hill, NC 27516


Birch Communications
Dept. AT 952855
Atlanta, GA 31192-2855


Bob & Cara Callanan
404 Highgrove Dr.
Chapel Hill, NC 27516


Bryan Krehnbrink
116 Creeksedge
Chapel Hill, NC 27516

Camille Barden
174 Blue Heron Farm Rd
Pittsboro, NC 27312


Carrboro Citizen
PO Box 248
Carrboro, NC 27510


Casey Hayes
2300 Ivey Rd.
Chapel Hill, NC 27516


Celia Benton
120 Temple Ln.,
Durham, NC 27713


Charles Schmitt and Karamarie Fecho
103 Wolfs Trail
Chapel Hill, NC 27516


Charles Schmitt and Karamarie Fecho
103 Wolfs Trail
Chapel Hill, NC 27516


Charles Schmitt and Karamarie Fecho
103 Wolfs Trail
Chapel Hill, NC 27516


Charles Schmitt and Karamarie Fecho
103 Wolfs Trail
Chapel Hill, NC 27516


Charlie Butchart
1210 Anderson St.
Durham, NC 27705


Chatham County Tax Collector
PO Box 697
Pittsboro, NC 27312


Chatham Wireless LLC
PO Box 1885
Pittsboro, NC 27312

Clearwater Solutions
2848 Ladale Ln.
Mebane, NC 27302


CTB- McGraw Hill
PO Box 2258
Carol Stream, IL 60132


Dan & Danielle Carr
243 Bingham Ridge Dr.
Pittsboro, NC 27312


Dan Coleman and Paula Michaels
106 Hanford Rd.
Chapel Hill, NC 27516


Deb & Lido Reisinger
2108 Pathway Dr.
Chapel Hill, NC 27516


Donna & Matthew Maciejewski
412 Whitehead Cir.
Chapel Hill, NC 27514


Emily Kinder
140 BPW CLUB RD APT B1
Carrboro, NC 27510


Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611


Eva & Britt Keele
134 Hudson Hills Rd.
Pittsboro, NC 27312


Evanthia & Josua Canoutas-Nadel
224 Severin St.
Chapel Hill, NC 27516


Hannah Shumaker & Tony Mayer
3327 Woody Store Rd.
Siler City, NC 27344

Hartford
PO Box 2907
Hartford, CT 06104


Heather & Eric Miller
203 Boulder Bluff Trail
Chapel Hill, NC 27516


Heather & Jason Ross
118 Riverbirch Dr.
Pittsboro, NC 27312


Heather & Tom LaGarde
3809 E. Greensboro-Chapel Hill Rd.
Snow Camp, NC 27349


Herald Sun - NIE
Attn: Bonnie McKnight
P.O. Box 2092
Durham, NC 27702


Holly Coldiron & Grant Kornberg
123 Clark Rd.
Snow Camp, NC 27349


Holly Coldiron & Grant Kornberg
123 Clark Rd.
Snow Camp, NC 27349


Internal Revenue Service
Special Procedures
320 Federal Place, Room 312
Greensboro, NC 27401


James McCusker
901 W MAIN ST APT A
Carrboro, NC 27510


Jennifer & Tim Richards
252 Bingham Ridge Dr.
Pittsboro, NC 27312


Jennifer Heartaway
7 Blue Heron Farm Rd
Pittsboro, NC 27312

Jessica Katznelson
424 Whitehead Cir.
Chapel Hill, NC 27514


Judy Panitch & Andy Hart
123 Ivy Brook Ln.
Chapel Hill, NC 27516


Judy Panitch & Andy Hart
123 Ivy Brook Ln.
Chapel Hill, NC 27516


Karen and David Jessee
532 Seaforth Rd.
Pittsboro, NC 27312


Karen and David Jessee
532 Seaforth Rd.
Pittsboro, NC 27312


Karen and David Jessee
532 Seaforth Rd.
Pittsboro, NC 27312


Karl Owen
1502 Arboretum Dr.
Chapel Hill, NC 27517


Kathryn & Christopher Beckerdite
210 Emily Ln.
Chapel Hill, NC 27516


Katie & Jonathan Shectman
16 Mossy Lane
Pittsboro, NC 27312


Keith & Cheryl Babo
292 Valley Meadow Dr.
Chapel Hill, NC 27516


Keith & Cheryl Babo
292 Valley Meadow Dr.
Chapel Hill, NC 27516

Kelley Gregory
222 Old Fayetteville Rd.
Carrboro, NC 27510


Kristen Bair
940 Sandfors Rd.
Pittsboro, NC 27312


Laura & James O'Keefe
650 Abeyance Dr.
Moncure, NC 27559


Lauren & Rob Munach
321 Wrights Way
Pittsboro, NC 27312


Leigh Hall
169 Hillcrest Dr.
Pittsboro, NC 27312


Leigh Hall and Michael Smith
169 Hillcrest Dr.
Pittsboro, NC 27312


Leigh Hall and Michael Smith
169 Hillcrest Dr.
Pittsboro, NC 27312


Lori Tyler
102 Fallen Log
Chapel Hill, NC 27516


Lorin & Patrick Crowley
97 Fearington Post
Pittsboro, NC 27312


Lorrie & Christian Fisher
PO Box 755
Pittsboro, NC 27312


Lorrie & Christian Fisher
PO Box 755
Pittsboro, NC 27312

Lynn & David Kaminski
211 Wild Oak Lane
Carrboro, NC 27510


Lynn Rodgers & Peter Schwartz
201 Polks Landing Rd.
Chapel Hill, NC 27516


M&M Services
8918 Coach Way
Chapel Hill, NC 27516


Malinda Rathbone
241 East Cornwall Rd.
Cary, NC 27511


Mark Dragon
2253 Fire Tower Rd
Snow Camp, NC 27349


Mary & Chuck Crews
333 Wesley Dr.
Chapel Hill, NC 27516


Matthew & Shelby Pohlman
104 Colburn Point
Chapel Hill, NC 27516


Matthew and Carrie McMichaels
109 Springhill Forest Pl.
Chapel Hill, NC 27516


Maureen & Hamidow Sissoko
94 Olde Farm Rd.
Pittsboro, NC 27312


Meike & Michael Cyr
8918 Coachway
Chapel Hill, NC 27516


Melissa Frey
104 Hawk Nest Trail
Pittsboro, NC 27312

Monica Marszalek
102 SHADOW RIDGE PL
Chapel Hill, NC 27516


NC Department of Revenue
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000


Noel & Eric Schwartz
345 Pickett Lane
Pittsboro, NC 27312


Paige Greene & Geoffrey Neal
84 Fearrington Post
Pittsboro, NC 27312


Paige Greene & Geoffrey Neal
84 Fearrington Post
Pittsboro, NC 27312


Paychex, Inc.
4015 Meeting Way, Suite 101
High Point, NC 27265


Phillip & Lene Kiester
202 Bowden Rd.
Chapel Hill, NC 27516


Progress Energy Carolinas, Inc.
Raleigh, NC 27698


Rebecca Horniman
118 MARIN DR
Chapel Hill, NC 27516


Rebecca Newell
126 WINDSOR PL
Chapel Hill, NC 27516


Rebecca Salomon
29 Williams Pond Rd.
Pittsboro, NC 27312

Rebecca Vidra & Aaron Moody
7007 Lassens Trail
Chapel Hill, NC 27516


Rhonda & Brian Snortheim
128 Jamestown Rd.
Pittsboro, NC 27312


Rian Larkin & Michael Schmedlen
525 Meadow Run
Chapel Hill, NC 27517


Rick & Amy Ramirez
1722 Wildcat Lane
Chapel Hill, NC 27516


Roberson Street Partners
9221 Bracken Lane
Chapel Hill, NC 27516


Sabine and Raoul Farer
180 Westside Dr.
Chapel Hill, NC 27516


Saffelle, Inc.
PO Box 1499
Hillsborough, NC 27278


SAIS
PO Box 369
Alpharetta, GA 30009


Sandi Kronick & Eric Cohen
106 Granite Ridge Rd.
Chapel Hill, NC 27516


Sara Carrington
105 Fidelity St. A-36
Carrboro, NC 27510


Sarah Cornette
468 Deer Path
Chapel Hill, NC 27516

Shay & Darren Hunicutt
105 Holly Ridge Rd.
Chapel Hill, NC 27516


Snipes HVAC
160 Birnamwood Dr.
Chapel Hill, NC 27516


Stephen Ahouse
P.O. Box 643
Trumansburg, NY 14886


Susan & William Simpson
306 Azalea Dr.
Chapel Hill, NC 27517


Systel Bus. Equipment Co., Inc.
PO Box 41601
Philadelphia, PA 19101-1601


Systel Bus. Equipment Co., Inc.
PO Box 41601
Philadelphia, PA 19101-1601


Systel Business Equipment
PO Box 35870
Fayetteville, NC 28303


Thomas & Kimberly Cannon
573 Millbrook Dr.
Pittsboro, NC 27312


Thomas & Kimberly Cannon
573 Millbrook Dr.
Pittsboro, NC 27312


Thomas & Kimberly Cannon
573 Millbrook Dr.
Pittsboro, NC 27312


Todd & Laura Scheid
130 Lamont Norwood
Pittsboro, NC 27312

Tony Mayer and Hannah Barnum
174 Blue Heron Farm Rd.
Chapel Hill, NC 27516


Town & Country Ace Hardware
157 Chatham Downs Drive
Chapel Hill, NC 27517


US Bancorp
1310 Madrid St. Ste. 101
Marshall, MN 56258


Vanguard Modular Buiding Systems
PO Box 827527
Philadelphia, PA 19182


Vanguard Modular Buiding Systems
PO Box 827527
Philadelphia, PA 19182


Vanguard Modular Buiding Systems
PO Box 827527
Philadelphia, PA 19182


Waste Industries
PO Box 580495
Charlotte, NC 28258-0495

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Community Independent School, Inc.          Case No.

                        Debtor(s)           Chapter     7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Community Independent School, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| July 27, 2011 | /s/ Stephanie Osborne-Rodgers |
| Date | Stephanie Osborne-Rodgers 29374 |
| | Signature of Attorney or Litigant |
| | Counsel for    Community Independent School, Inc. |
| | Northen Blue, L.L.P. |
| | 1414 Raleigh Road, Suite 435 |
| | P.O. Box 2208 |
| | Chapel Hill, NC 27515-2208 |
| | (919) 968-4441 |